Filed 10/10/23  P. v. Morrison CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Tehama)

----

|  |  |
|---|---|
| THE PEOPLE,<br><br>　　　　Plaintiff and Respondent,<br><br>　　v.<br><br>STEVEN ALBERT MORRISON,<br><br>　　　　Defendant and Appellant. | C097677<br><br>(Super. Ct. Nos. 18CR002367<br>& 22CR002806 ) |

Defendant Steven Albert Morrison pled guilty to failing to appear when charged with a felony and fleeing from a peace officer while driving with wanton disregard for safety.  The trial court sentenced him to seven years four months in prison.

Defendant appeals.  His appointed counsel filed an opening brief raising no legal issues and asking this court to independently review the record pursuant to *People v. Wende* (1979) 25 Cal.3d 436.  Having done so, we affirm.

1

FACTUAL AND PROCEDURAL BACKGROUND

In 2018, the People charged defendant in Tehama County Superior Court case number 18CR002367 with failing to appear, having been previously charged with committing a felony unlawful taking of a vehicle. In 2020, the People amended the complaint to allege that defendant had previously been convicted of a violent felony. In 2020, defendant pled guilty and admitted the prior conviction. In return for the People dismissing the remaining counts and allegations in case number 18CR002367, dismissing nineteen other cases, and agreeing not to file any further charges for prior failures to appear, defendant agreed to a stipulated sentence of six years in prison.

In 2022, the People charged defendant in Tehama County Superior Court case number 22CR002806 with fleeing a peace officer while driving with wanton disregard for safety and fleeing a peace officer while driving against traffic. Defendant pled guilty to fleeing while driving with wanton disregard for safety and again admitted his prior violent felony conviction. In return for having the other counts and enhancements dismissed, defendant agreed to a stipulated sentence of 16 months in prison that would run consecutive to the six-year sentence in case number 18CR002367.

At the sentencing hearing on December 12, 2022, the trial court sentenced defendant in both cases in accordance with the plea agreements, for a total term of seven years four months in prison. The trial court incorporated by reference fines and fees prepared by the probation department with both parties' assent. Defendant timely appealed from both judgments. While the appeals were pending, the trial court corrected the amount of the restitution fine and parole revocation fine imposed in case number 18CR002367.

DISCUSSION

We appointed counsel to represent defendant on appeal. Counsel filed an opening brief setting forth the facts of the case and, pursuant to *People v. Wende, supra*, 25 Cal.3d 436, requesting this court to review the record and determine whether there are any

arguable issues on appeal.  Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing of the opening brief, and he has not done so.

After independently reviewing the record, we find no arguable error that would result in a disposition more favorable to defendant.

DISPOSITION

The judgment is affirmed.


/s/_____<br>MESIWALA, J.


We concur:


/s/_____
MAURO, Acting P. J.


.s._____
WISEMAN, J.*

---

* Retired Associate Justice of the Court of Appeal, Fifth Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.